IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KORY HANCOCK**                                                                                                    **PLAINTIFF**

v.                                          No: 4:21-cv-00569-JM

**RODNEY WRIGHT,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 18th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE